IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAHYAR TALEBINEJAD, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 3:25-cv-329 |
| LEONARD OTTO *Warden, Moshannon Valley ICE Processing Center, et al.*, | ) Judge Stephanie L. Haines ) ) |
| Respondents. | ) ) |

### ORDER

AND NOW, this 18th day of November 2025, upon consideration of Attorney Brian Scott Green's Motion for Admission Pro Hac Vice on behalf of Ava Benach, ECF No. 7, it is HEREBY ORDERED that Attorney Green's Motion for Ava Benach's Admission Pro Hac Vice, ECF No. 7, is DENIED without prejudice. As noted in the Quality Control Message issued on October 30, 2025, a motion for admission pro hac vice must be made by the attorney seeking to be admitted (using their own login info). *See* LCvR 83.2(B).

BY THE COURT:

/s/ Stephanie L. Haines
STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE